## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RAYMOND D. THOMPSON                                                               PLAINTIFF

v.                              4:18CV00128-JLH

UNITED STATES OF AMERICA
SOCIAL SECURITY ADMINISTRATION (SSA):
SSA Administrative Law Judge Bradley L. Davis                DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 23rd day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1